IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSHUA MATTHEW CLECKLER, AIS 274764, <br><br> Petitioner, <br><br> v. <br><br> ANTONIO MCCLAIN, *et al.*, <br><br> Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) Case No. 2:24-cv-334-RAH-SMD |

## **ORDER**

On August 7, 2024, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. 13.)  Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

(1)  The Recommendation (Doc. 13) is ADOPTED.

(2)  This action is DISMISSED without prejudice because Petitioner has not exhausted his state court remedies.

A separate final judgment will be entered.

DONE, on this the 10th day of September 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE